UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:  STEVEN WAYNE BONILLA

No. 2:25-cv-02489-JAM-CSK

No. 2:25-cv-02490-JAM-CSK

No. 2:25-cv-02492-JAM-CSK

No. 2:25-cv-02493-JAM-CSK

No. 2:25-cv-02631-JAM-CSK

No. 2:25-cv-02632-JAM-CSK

No. 2:25-cv-02633-JAM-CSK

**ORDER**

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

1  13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
2  the Court to open a new case for each attempted new pleading and assign it to the Court for
3  review. (Id. at ECF No. 26.)  If the Court determines the new filing is related to Plaintiff's
4  Alameda County criminal conviction, the case will be ordered dismissed and closed. (Id.)

5      The Court has reviewed the complaints/petitions filed in the above-captioned cases and
6  finds they are related to Plaintiff's Alameda County criminal conviction.

7      Accordingly, IT IS HEREBY ORDERED that 2:25-cv-02489, 2:25-cv-02490, 2:25-cv-
8  02492, 2:25-cv-02493, 2:25-cv-02631, 2:25-cv-02632 and 2:25-cv-02633 are **DISMISSED**; the
9  Clerk of the Court is **DIRECTED** to **CLOSE** these cases. **No further filings will be accepted**.

12  Dated: September 25, 2025

14  JOHN A. MENDEZ,
   SENIOR UNITED STATES DISTRICT JUDGE